## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **GEORGINA ARAGON,** | ) | Bankruptcy No. 17 B 35530 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

### CERTIFICATE OF SERVICE

      The undersigned certifies that on August 28, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: August 28, 2018               /s/ Rachel A. Leibowitz
                                                        Paralegal


Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181

MIDLAND FUNDING LLC
Midland Credit Management, Inc.,
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

MIDLAND FUNDING LLC
Midland Credit Management, Inc.,
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

MIDLAND FUNDING LLC
Midland Credit Management, Inc.,
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

MIDLAND FUNDING LLC
Midland Credit Management, Inc.,
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Navient Solutions, LLC
220 Lasley Ave
Wilkes-Barre, PA 18706

CACH, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville SC - 29603-0587

Georgina Aragon
8181 S. Knox Ave
Chicago, IL 60652-2011

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

David Koch
Koch & Associates
5947 W 35th St
Cicero, IL 60804-4165 *