# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 17-35530 |
|---|---|---|
| | § | |
| GEORGINA ARAGON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $161,103.52 | Assets Exempt: | $102,749.06 |
| Total Distributions to Claimants: | $5,879.18 | Claims Discharged Without Payment: | $202,483.84 |
| Total Expenses of Administration: | $1,558.25 | | |

3)    Total gross receipts of $8,173.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $735.57 (see **Exhibit 2),** yielded net receipts of $7,437.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,558.25 | $1,558.25 | $1,558.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $165,727.22 | $42,635.80 | $42,635.80 | $5,879.18 |
| **Total Disbursements** | $165,727.22 | $44,194.05 | $44,194.05 | $7,437.43 |

4). This case was originally filed under chapter 7 on 11/29/2017. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2019         By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Tax Refund | 1224-000 | $8,173.00 |
| **TOTAL GROSS RECEIPTS** | | $8,173.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| GEORGINA ARAGON | Funds to Third Parties | 8500-002 | $735.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $735.57 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,493.74 | $1,493.74 | $1,493.74 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $19.96 | $19.96 | $19.96 |
| Green Bank | 2600-000 | NA | $44.55 | $44.55 | $44.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,558.25 | $1,558.25 | $1,558.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CREDIT FIRST NA | 7100-900 | $0.00 | $507.57 | $507.57 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

|   | Claimant | Code | Amount | Claim | Allowed | Paid |
|---|---|---|---|---|---|---|
|   | Office of the Bankruptcy Clerk (Claim No. 1; CREDIT FIRST NA) | 7100-901 | $0.00 | $0.00 | $0.00 | $70.00 |
| 2 | MIDLAND FUNDING LLC | 7100-900 | $0.00 | $1,803.43 | $1,803.43 | $248.68 |
| 3 | MIDLAND FUNDING LLC | 7100-900 | $0.00 | $4,462.24 | $4,462.24 | $615.31 |
| 4 | MIDLAND FUNDING LLC | 7100-900 | $0.00 | $1,435.99 | $1,435.99 | $198.01 |
| 5 | MIDLAND FUNDING LLC | 7100-900 | $0.00 | $734.87 | $734.87 | $101.33 |
| 6 | Navient Solutions, LLC | 7100-000 | $0.00 | $32,812.87 | $32,812.87 | $4,524.67 |
| 7 | CACH, LLC | 7100-900 | $0.00 | $878.83 | $878.83 | $121.18 |
|   | Alberto F. Rivera & Bernarda Rivera | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
|   | Ally Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | BCA Financial Services, Inc. | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
|   | BHS Digestive Diseases Association | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $1,279.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One/Velocity | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Cardworks/CW Nexus | 7100-000 | $808.00 | $0.00 | $0.00 | $0.00 |
|   | Chase Mortgage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Chicago Health Medical Group | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
|   | CMRE Financial Services | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
|   | CMRE Financial Services | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
|   | CMRE Financial Services | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|   | Consultlants in Clinical Pathology | 7100-000 | $329.00 | $0.00 | $0.00 | $0.00 |
|   | Convergent Outsoucing, Inc | 7100-000 | $402.00 | $0.00 | $0.00 | $0.00 |
|   | Country Door/Swiss | 7100-000 | $673.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Colony | | | | | |
| | Credit First National Assoc | 7100-000 | $507.00 | $0.00 | $0.00 | $0.00 |
| | Ginnys/Swiss Colony Inc | 7100-000 | $554.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris Ltd | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | Metropolitan Advance Rad Srvc | 7100-000 | $435.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $4,462.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,803.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,436.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $648.00 | $0.00 | $0.00 | $0.00 |
| | Midnight Velvet | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| | National Commercial Services, Inc. | 7100-000 | $15,381.22 | $0.00 | $0.00 | $0.00 |
| | NAVIENT | 7100-000 | $32,814.00 | $0.00 | $0.00 | $0.00 |
| | Receivables Performance Mgmt | 7100-000 | $1,136.00 | $0.00 | $0.00 | $0.00 |
| | Seventh Ave | 7100-000 | $389.00 | $0.00 | $0.00 | $0.00 |
| | Square One Financial/Cach Llc | 7100-000 | $776.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $165,727.22 | $42,635.80 | $42,635.80 | $5,879.18 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 17-35530 | | | Trustee Name: | David Leibowitz |
| Case Name: | ARAGON, GEORGINA | | | Date Filed (f) or Converted (c): | 11/29/2017 (f) |
| For the Period Ending: | 4/1/2019 | | | §341(a) Meeting Date: | 01/04/2018 |
| | | | | Claims Bar Date: | 06/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  8181 S Knox Ave | $160,774.00 | $0.00 | | $0.00 | FA |
| 2  2005 Mercedes Benz ML350 147000 miles | $1,695.00 | $329.52 | | $0.00 | FA |
| 3  147000 Chevrolet F150 135000 miles | $2,300.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Goods: Sofa, Television, DVD, Dining Table/Chairs, Refrigerator, Stove, Microwave, Pots/ Pans, Dishes/Flatware, Bedroom Sets, Lamps, Telephone | $600.00 | $0.00 | | $0.00 | FA |
| 5  Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| 6  Used Personal Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 7  Checking Bank of America PO BOX 15284 Wilmington, DE 19850 x2033 | $542.21 | $0.00 | | $0.00 | FA |
| 8  Checking Bank of America PO BOX 15284 Wilmington, DE 19850 x3259 | $678.22 | $0.00 | | $0.00 | FA |
| 9  Checking JPMorgan Chase Bank, N.A. PO BOX 659754 San Antonio, TX 78265-9754 x1765 | $814.09 | $0.00 | | $0.00 | FA |
| 10  Pension Public School Teacher's Pension and Retirement Fund of Chicago | $96,149.06 | $0.00 | | $0.00 | FA |
| 11  2017 Federal Tax Refund  (u) | $0.00 | $7,437.43 | | $8,173.00 | FA |
| **Asset Notes:** [100% attributable to Debtor]  Debtor's Pro-Rated Portion: $735.57 | | | | | |
| 12  IL Unclaimed Funds (Claim #6934875)  (u) | $0.00 | $116.80 | | $0.00 | FA |
| **Asset Notes:** Claim submitted 7/9/18; approved 8/6/18  Asset deemed abandoned - unclaimed funds were offset by City of Chicago Department of Finance (who did not file a POC) for parking tickets in the Debtor's name. | | | | | |

| **TOTALS** (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $263,852.58 | $7,883.75 | | $8,173.00 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 17-35530 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ARAGON, GEORGINA | | | Date Filed (f) or Converted (c): | 11/29/2017 (f) |
| For the Period Ending: | 4/1/2019 | | | §341(a) Meeting Date: | 01/04/2018 |
| | | | | Claims Bar Date: | 06/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/14/2018   2018 Reporting Period:
The Trustee intercepted the debtor's 2017 federal income tax refund. Additionally, the Trustee has submitted a claim to the IL Treasurer for unclaimed funds. The claims bar date is set for June 20, 2018, after which, claims will be reviewed, and case will be ready for TFR upon receipt of the unclaimed funds from the Treasurer.

**Initial Projected Date Of Final Report (TFR):**   03/14/2019   **Current Projected Date Of Final Report (TFR):**   09/28/2018   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35530 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ARAGON, GEORGINA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7437 | | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/29/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2018 | | US Treasury | 2017 Federal Tax Refund | * | $8,173.00 | | $8,173.00 |
| | {11} | | Estate Portion - 2017 Federal Tax Refund         $7,437.43 | 1224-000 | | | $8,173.00 |
| | {11} | | Debtor's Pro-Rated Portion - 2017 Federal Tax Refund         $735.57 | 1280-002 | | | $8,173.00 |
| 03/21/2018 | 3001 | GEORGINA ARAGON | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $735.57 | $7,437.43 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.95 | $7,431.48 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.32 | $7,419.16 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.15 | $7,406.01 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.13 | $7,392.88 |
| 07/17/2018 | 3001 | STOP PAYMENT: GEORGINA ARAGON | [STOP/REISSUE - Check not Received] Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-004 | | ($735.57) | $8,128.45 |
| 07/17/2018 | 3002 | GEORGINA ARAGON | [REISSUED - Check not Received] Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $735.57 | $7,392.88 |
| 09/18/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.96 | $7,372.92 |
| 09/18/2018 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,493.74 | $5,879.18 |
| 09/18/2018 | 3005 | CREDIT FIRST NA | [STOPPED PMT - Check not received] Claim #: 1; Amount Claimed: $507.57; Distribution Dividend: 13.79%; | 7100-903 | | $70.00 | $5,809.18 |
| 09/18/2018 | 3006 | MIDLAND FUNDING LLC | Claim #: 2; Amount Claimed: $1,803.43; Distribution Dividend: 13.79%; | 7100-900 | | $248.68 | $5,560.50 |
| 09/18/2018 | 3007 | MIDLAND FUNDING LLC | Claim #: 3; Amount Claimed: $4,462.24; Distribution Dividend: 13.79%; | 7100-900 | | $615.31 | $4,945.19 |
| 09/18/2018 | 3008 | MIDLAND FUNDING LLC | Claim #: 4; Amount Claimed: $1,435.99; Distribution Dividend: 13.79%; | 7100-900 | | $198.01 | $4,747.18 |
| 09/18/2018 | 3009 | MIDLAND FUNDING LLC | Claim #: 5; Amount Claimed: $734.87; Distribution Dividend: 13.79%; | 7100-900 | | $101.33 | $4,645.85 |
| 09/18/2018 | 3010 | Navient Solutions, LLC | Claim #: 6; Amount Claimed: $32,812.87; Distribution Dividend: 13.79%; | 7100-000 | | $4,524.67 | $121.18 |

SUBTOTALS    $8,173.00    $12,576.49

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35530 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ARAGON, GEORGINA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7437 | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/29/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/18/2018 | 3011 | CACH, LLC | Claim #: 7; Amount Claimed: $878.83; Distribution Dividend: 13.79%; | 7100-900 | | $121.18 | $0.00 |
| 12/19/2018 | 3005 | STOP PAYMENT: CREDIT FIRST NA | [STOPPED PMT - Check not received] Claim #: 1; Amount Claimed: $507.57; Distribution Dividend: 13.79%; | 7100-904 | | ($70.00) | $70.00 |
| 12/19/2018 | 3012 | CREDIT FIRST NA | [REISSUED] Claim #: 1; Amount Claimed: $507.57; Distribution Dividend: 13.79%; | 7100-900 | | $70.00 | $0.00 |
| 03/20/2019 | 3012 | STOP PAYMENT: CREDIT FIRST NA | Stop Payment for Check# 3012 | 7100-904 | | ($70.00) | $70.00 |
| 03/20/2019 | 3013 | Office of the Bankruptcy Clerk | Unclaimed Funds | 7100-901 | | $70.00 | $0.00 |

|   |   |   |
|---|---|---|
| **TOTALS:** | $8,173.00 | $8,173.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $8,173.00 | $8,173.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $8,173.00 | $8,173.00 | |

| For the period of 11/29/2017 to 4/1/2019 | | For the entire history of the account between 03/19/2018 to 4/1/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,437.43 | Total Compensable Receipts: | $7,437.43 |
| Total Non-Compensable Receipts: | $735.57 | Total Non-Compensable Receipts: | $735.57 |
| Total Comp/Non Comp Receipts: | $8,173.00 | Total Comp/Non Comp Receipts: | $8,173.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,701.86 | Total Compensable Disbursements: | $6,701.86 |
| Total Non-Compensable Disbursements: | $1,471.14 | Total Non-Compensable Disbursements: | $1,471.14 |
| Total Comp/Non Comp Disbursements: | $8,173.00 | Total Comp/Non Comp Disbursements: | $8,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35530 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ARAGON, GEORGINA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7437 | | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/29/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,173.00 | $8,173.00 | $0.00 |

**For the period of 11/29/2017 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $7,437.43 |
| Total Non-Compensable Receipts: | $735.57 |
| Total Comp/Non Comp Receipts: | $8,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,701.86 |
| Total Non-Compensable Disbursements: | $1,471.14 |
| Total Comp/Non Comp Disbursements: | $8,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/29/2017 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $7,437.43 |
| Total Non-Compensable Receipts: | $735.57 |
| Total Comp/Non Comp Receipts: | $8,173.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,701.86 |
| Total Non-Compensable Disbursements: | $1,471.14 |
| Total Comp/Non Comp Disbursements: | $8,173.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ